BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT IL. Bar No. 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH NATHANIEL MARTINEZ, ) | Case No.: 2:14-cv-01095-KJN |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME |
| v. ) | |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing of Defendant's Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from January 10, 2015 to February 9, 2015. This is defendant's first request for an extension of time. Counsel for the Defendant needs additional time to pursue settlement of this case and apologizes for any inconvenience caused by this delay.

1 -   Stipulation & Proposed Order for Extension, 14-cv-01095-KJN

Dated: January 8, 2015    /s/ Andrew T. Koenig
ANDREW T. KOENIG,
Attorney for Plaintiff
(by telephonic authorization January 7, 2015)

Dated: January 8, 2015    Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Ben A. Porter
BEN A. PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

IT IS SO ORDERED:

Dated: January 8, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE